JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN LINARES, | ) Case No. CV 17-6480-CAS (JPR) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| RAYMOND MADDEN, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: October 2, 2018

_____
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE